# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-1491

_____

| | | |
|---|---|---|
| Wanda Bucklinger; Frank Bucklinger, | * | |
| | * | |
| Appellees, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Western District of Missouri. |
| Wal-Mart Stores, Inc., | * | |
| | * | [UNPUBLISHED] |
| Appellant. | * | |

_____

Submitted: October 27, 1999
Filed: October 29, 1999

_____

Before WOLLMAN, Chief Judge, BOWMAN and MURPHY, Circuit Judges.

_____

PER CURIAM.

Wal-Mart Stores, Inc. appeals the District Court's[1] order denying its motion for a new trial in this diversity slip-and-fall action. Having reviewed the record and the parties' briefs, we affirm for the reasons stated by the District Court. See 8th Cir. R. 47B.

_____

[1]The Honorable Dean Whipple, United States District Judge for the Western District of Missouri.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.